UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Terrie Gillis, on behalf of herself and others
similarly situated in the proposed FLSA
Collective Action,

                        Plaintiff,                  JUDGMENT

  v.                                                                22-cv-04830-DLI-CLP

Serve U Brands Inc. d/b/a Insomnia Cookies,

                        Defendant.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 20, 2022; and Defendant Serve U Brands Inc. d/b/a Insomnia Cookies, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Terrie Gillis in the total sum of Six-Thousand Seven Hundred and Fifty Dollars, no cents ($6,750.00), payable as follows: 1. A payment in the amount of Six-Thousand Seven Hundred and Fifty Dollars, no cents ($6,750.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; and an Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on October 25, 2022, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Terrie Gillis and against Defendant Serve U Brands Inc. d/b/a Insomnia Cookies for the total sum of Six-Thousand Seven Hundred and Fifty Dollars, no cents ($6,750.00), payable as follows: 1. A payment in the amount of Six-Thousand Seven Hundred and Fifty Dollars, no cents ($6,750.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
       November 1, 2022

Brenna B. Mahoney  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk